UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FRANKIE L. HERDT                                                PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:12CV-190-S

THE KROGER CO.                                         DEFENDANT

### ORDER

Motions having been and for the reasons set forth in the memorandum opinions entered this date and on December 20, 2012, and the court being otherwise sufficiently advised **IT IS HEREBY ORDERED AND ADJUDGED** that

(1) The motion of the plaintiff, Frankie L. Herdt, for leave to amend (DN 15) is **DENIED AS FUTILE**.

(2) The motion of the defendant, The Kroger Co., to dismiss the complaint for failure to state a claim upon which relief may be granted (DN 7) is **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE.**

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**

February 20, 2013                            **Charles R. Simpson III, Senior Judge**
                                                                    **United States District Court**